# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0199, <u>In the Matter of Amanda Picardi and William Picardi</u>, the court on May 1, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal and has determined to resolve the case by way of this order.  <u>See Sup. Ct. R.</u> 20(2).  The respondent, William Picardi, appeals a final decree entered by the Circuit Court (<u>Keating</u>, J.), following a hearing, in his divorce from the petitioner, Amanda Picardi.  He argues that the trial court erred by not awarding him equal parenting time with the petitioner with respect to the parties' minor child, by allowing the child to be under the care of the petitioner's older children at certain times, and by crediting the petitioner's testimony and financial affidavit in calculating his child support obligation pursuant to the child support guidelines.  We assume, without deciding, that all of the respondent's arguments are preserved, and affirm.

As the appealing party, the respondent has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's thoughtful and well-reasoned order, the respondent's arguments, the relevant law, and the record submitted on appeal, we conclude that the respondent has not demonstrated that the trial court unsustainably exercised its discretion in any aspect of its final divorce decree.  <u>See</u> <u>id</u>.; <u>In the Matter of Spenard & Spenard</u>, 167 N.H. 1, 3 (2014); <u>In the Matter of Kurowski & Kurowski</u>, 161 N.H. 578, 585 (2011).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

Timothy A. Gudas,
Clerk